UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PANIANI TAAFUA,<br><br>    Plaintiff,<br><br>  v.<br><br>QUANTUM GLOBAL TECHNOLOGIES, LLC,<br><br>    Defendant. | Case No.18-cv-06602-VKD<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATED REQUEST TO VACATE MOTION HEARING AND CASE DEADLINES**<br><br>Re: Dkt. No. 30 |

The parties advise that they have "reached a settlement in principle to resolve the claims in this case on a classwide basis" and that plaintiff intends to move for preliminary approval of the settlement by June 25, 2019. Dkt. No. 30. The Court GRANTS IN PART AND DENIES IN PART the joint request to vacate current deadlines and appearances as follows:

1. The May 14, 2019 hearing on defendant's Motion to Transfer Venue (Dkt. No. 25) is vacated.
2. By June 25, 2019, plaintiff shall file his motion for preliminary approval of the settlement.
3. All other deadlines remain as set in the Court's February 5, 2019 Case Management Order (Dkt. No. 24).

**IT IS SO ORDERED.**

Dated: May 9, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge