UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PANIANI TAAFUA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>QUANTUM GLOBAL TECHNOLOGIES, LLC,<br><br>　　　　　Defendant. | Case No.18-cv-06602-VKD<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND DEADLINE RE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Re: Dkt. No. 32 |
|---|---|

Pursuant to the parties' stipulation, and for good cause appearing, the Court grants the parties' stipulation. The deadline for filing plaintiff's Motion for Preliminary Approval of Class Action Settlement is extended from June 25, 2019 to July 19, 2019. The parties are reminded to comply with this district's Procedural Guidance for Class Action Settlements, www.cand.uscourts.gov/ClassActionSettlementGuidance.

**IT IS SO ORDERED.**

Dated:   June 21, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge