UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PANIANI TAAFUA,<br><br>            Plaintiff,<br><br>     v.<br><br>QUANTUM GLOBAL TECHNOLOGIES, LLC,<br><br>            Defendant. | Case No.18-cv-06602-VKD<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING RE PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

On August 27, 2019, the Court held a hearing on plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 34). Based on the discussion held at the hearing, the Court orders supplemental briefing on the following matters:

1. With regard to the statute of limitations, the parties shall provide information as to how many class members have claims falling within a two-year period of when they "knew or should have known" (Dkt. No. 34 at 20) that defendant procured a report, or caused one to be procured, through First Contact HR.

2. Plaintiff shall provide the information required by this district's Procedural Guidance for Class Action Settlements, Preliminary Approval Section 11, including the amounts that actually were awarded in attorneys' fees and costs.

3. Plaintiff shall submit further briefing to justify the requested $5,000 service award, including declaration(s) detailing Mr. Taafua's activities in this litigation.

4. The parties shall inquire and advise of any relationship they or their counsel (including

counsel's respective law firms)[1] have with the proposed *cy pres* recipient, National Association of Consumer Advocates.

Supplemental briefing shall be filed no later than **September 17, 2019**.

**IT IS SO ORDERED.**

Dated:   August 27, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] Supplemental submissions should include any such information for plaintiff's attorney Emil Davtyan and the Davtyan Professional Law Corporation.

2