UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PANIANI TAAFUA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>QUANTUM GLOBAL TECHNOLOGIES, LLC,<br><br>　　　　Defendant. | Case No. 18-cv-06602-VKD<br><br>**ORDER VACATING MARCH 24, 2020 FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 46 |

Having reviewed the parties' March 16, 2020 Joint Case Management Statement (Dkt. No. 46), the March 24, 2020 further case management conference is vacated. Plaintiff shall file his renewed motion for preliminary approval of class action settlement by April 14, 2020.

**IT IS SO ORDERED.**

Dated: March 18, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge