UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PANIANI TAAFUA,<br><br>        Plaintiff,<br><br>    v.<br><br>QUANTUM GLOBAL TECHNOLOGIES, LLC,<br><br>        Defendant. | Case No.  18-cv-06602-VKD<br><br>**ORDER FOR CHAMBERS COPIES** |

The parties are requested to submit chambers copies of all briefs, supporting declarations and exhibits associated with Mr. Taafua's pending motion for final approval re class action settlement and attorneys' fees (Dkt. Nos. 53, 53-1).  The Court asks that Mr. Taafua deliver the chambers copies of his opening motion and supporting papers by **February 1, 2021**.

**IT IS SO ORDERED.**

Dated: January 25, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge